UNDER SEAL

UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>John Patrick McGrann</u>    Docket No. <u>2:12CR00173-001</u>

### Third Addendum to Petition on Supervised Release

On May 22, 2023, a Petition was approved by the Court charging McGrann with violations of his conditions of supervised release. On July 5, 2023, the Court approved an Addendum to Petition on Supervised Release. On July 24, 2023, the Court approved a Second Addendum to Petition on Supervised Release. The defendant is currently scheduled to appear before the Court for a Supervised Release Revocation Hearing on October 19, 2023. Subsequent to the original Petition, Addendum to Petition, and Second Addendum to Petition on Supervised Release, the Court is requested to consider the following information:

**CONDITION 7:**                **POSSESSION OF COCAINE.**

On July 18, 2023, McGrann submitted a urine sample which tested positive for cocaine. The sample was sent to Alere Toxicology, Incorporated for confirmation, which returned positive for cocaine.

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why bond should not be revoked.

**It is hereby ORDERED** that the petition, with its attachment and arrest warrant be sealed. **It is further ORDERED** the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

**Bond Recommendation: DETENTION**

DCP/dhf

**ORDER OF COURT**

Considered and ordered this 3rd day of August, 2023, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

/s/ Rebecca Beach Smith
Senior United States District Judge

Rebecca Beach Smith
Senior United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>August 3, 2023</u>

DeAlisa C. Parker
U.S. Probation Officer

Place <u>Norfolk, Virginia</u>

**TO CLERK'S OFFICE**                DF-69 (Rev. 02/20)